UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
JAN 0 6 2025
PRO SE OFFICE

Ephesian Johnny Franklin

Write the full name of each plaintiff.

___CV___
(Include case number if one has been assigned)

-against-

Shawn Corey Carter

Beyonce Giselle Knowles

**COMPLAINT**

Do you want a jury trial?
☐ Yes  ☑ No

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☐ **Federal Question**

☑ **Diversity of Citizenship**

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

_____

_____

_____

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, __Ephesian Johnny Franklin__, is a citizen of the State of
(Plaintiff's name)

__1318 Robin Street Apt B, Houston, Texas 77019__
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, __Shawn Corey Carter__, is a citizen of the State of
(Defendant's name)

__Brooklyn, New York__

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation: Roc Nation Music Label

The defendant, __Shawn Corey Carter__, is incorporated under the laws of

the State of __New York__

and has its principal place of business in the State of __Brooklyn, NY__

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in __Manhattan, New York__.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

| Ephesian | J | Franklin |
|---|---|---|
| First Name | Middle Initial | Last Name |

__1318 Robin Street Apt B__
Street Address

| Harris County, Houston | Texas | 77019 |
|---|---|---|
| County, City | State | Zip Code |

__281-830-7815__                    __ephesianfranklin4@gmail.com__
Telephone Number                   Email Address (if available)

Page 3

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:  
Shawn / Carter  
First Name / Last Name  
CEO Rapper  
Current Job Title (or other identifying information)  
540 W 26th St, New York, NY 10001  
Current Work Address (or other address where defendant may be served)  
New York / New York / 10001  
County, City / State / Zip Code

Defendant 2:  
Beyonce / Knowles  
First Name / Last Name  
Pop Singer  
Current Job Title (or other identifying information)  
1412, Broadway 24th Floor  
Current Work Address (or other address where defendant may be served)  
New York / New York / 10018-9235  
County, City / State / Zip Code

Defendant 3:  
_____ / _____  
First Name / Last Name  

Current Job Title (or other identifying information)  

Current Work Address (or other address where defendant may be served)  

County, City / State / Zip Code

Defendant 4:

First Name              Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                State               Zip Code

### III. STATEMENT OF CLAIM

Place(s) of occurrence: Music Video titled: "No Angel" Mac Gregor Park, 5225 Calhoun Rd, Houston, TX 77021

Date(s) of occurrence: September 11, 2024   October 19, 2013

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

I'm featured in Mr. Shawn Carter wife's music video Beyonce Knowles! His wife took an obsession to me and displayed it in her video and also showcased some defaming scenes of me off guard. The time of filming her music video titled 'no angel' my house got fired into with children there. All kinds of bizarre attacks were happening to various people, the two boys in the scene right before the defaming scene of me reaching in my car both got killed. Mr. Shawn Carter started sending threats! Beyonce's mother Tina sent threats through rapper Paul Wall and my cousin, his assistant, Gerald Side. I filed numerous complaints on Mr. Carter and his wife Beyonce Knowles. He started putting threats in his songs to me and defaming me behind his wife music video. She did numerous stints with posting on Instagram next to me a few times. They have phone hacks and social media stalkings when my complaints were filed for the amount it was. I had court at the Southern District of Texas Houston Division against Mr. Carter and Beyonce. Every Court date or legal procedures

I took, someone would get harmed.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Since I filmed Beyonce Knowles and Shawn Carter music video titled 'no angel' I had back problems, psychological harassment, defamed depression. I got some therapy, but the harassment continues. Children and various people even suffered the effects in my environment.

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

Mr. Shawn Carter and Beyonce Knowles destroyed my houses, cars, family, and friends. All my assets was featured in that music video. My mother house which starts the music video off have all kinds of atrocious acts done to it. My 6 books including the one featured the rappers money was missing! My video footage from my Slab Car Parade stolen. Damages $40,000,000!!

Page 6

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

__January 1, 2025__   __Ephesian Franklin__
Dated                  Plaintiff's Signature

__Ephesian__          __J__              __Franklin__
First Name            Middle Initial     Last Name

__1318 Robin Street Apt B__
Street Address

__Harris, Houston__          __Texas__          __77019__
County, City                 State              Zip Code

__281-830-7815__             __ephesianfranklin4@gmail.com__
Telephone Number             Email Address (if available)

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

**From:** Efstratios Kaiaklica
1318 Robin St Apt B
Houston, TX 77019

Pro Se

ReadyPost
Document Mailer

RECEIVED
JAN 3 — 25
CLERK'S OFFICE
S.D.N.Y.

SDNY

**To:** Southern District of New York
Court Clerk
500 Pearl Street
New York, NY 10007

RECEIVED
JAN 06 2025
PRO SE OFFICE

Retail
U.S. POSTAGE PAID
FCM LETTER
HOUSTON, TX 77002
DEC 30, 2024
$1.29
S2324A501968-3
RDC 99
10007