UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EPHESIAN JOHNNY FRANKLIN,

                Plaintiff,

-against-                          25-CV-231 (LTS)

SHAWN COREY CARTER CEO RAPPER;        ORDER
BEYONCE GISELLE KNOWLES POP
SINGER,

                Defendants.

LAURA TAYLOR SWAIN, Chief United States District Judge:

      For the reasons set forth in the Court's order dated May 30, 2025 (ECF 11), the Clerk of Court is directed to terminate all pending motions. (ECF 5, 7, 9.) This matter remains under judicial review.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:  September 3, 2025
          New York, New York

                                          /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                        Chief United States District Judge