**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
EPHESIAN JOHNNY FRANKLIN,

                                        Plaintiff,

            -against-                                              25 **CIVIL** 231 (LLS)

                                                                  **JUDGMENT**

SHAWN COREY CARTER; BEYONCE
GISELLE KNOWLES,

                                        Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated February 26, 2026, the Court has dismissed this action, filed IFP

under 28 U.S.C. § 1915(a)(1), without prejudice, for lack of subject matter jurisdiction. *See* Fed.

R. Civ. P. 12(h)(3).

**Dated:** New York, New York

          March 4, 2026

                                                        **TAMMI M. HELLWIG**
                                                    _____
                                                          **Clerk of Court**

                                                          K. mango

                                        **BY:**
                                                    _____
                                                          **Deputy Clerk**